1  ZACH COWAN, Acting City Attorney                SBN 96372
   SARAH REYNOSO, Acting Assistant City Attorney   SBN 120277
2  SReynoso@ci.berkeley.ca.us
   MARK J. ZEMBSCH, Deputy City Attorney           SBN 127901
3  KRISTY van HERICK, Deputy City Attorney         SBN 178685
   2180 Milvia Street, Fourth Floor
4  Berkeley, CA 94704
   TEL.: (510) 981-6950
5  FAX.: (510) 981-6960

6  Attorneys for Defendants
   CITY OF BERKELEY; RICKY DAVIS;
7  ROGELIO MARQUINA and JOSEPH AYANKOYA

8  DAVID M. POORE              SBN 192541
   KAHN BROWN & POORE LLP
9  DPoore@kahnbrownlaw.com
   110 Kentucky Street
10 Petaluma, CA 94952
   TEL: (707) 763-7100
11 FAX: (707) 763-7180

12 Attorneys for Plaintiffs
   LADANIEL KEY; JIMMY SMITH; JOHNNY
13 TOLLIVER; LOUIS JERNIGAN; MELVIN PONDER;
   EDDIE PERCOATS and TAY WOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADANIEL KEY; JIMMY SMITH,; JOHNNY TOLLIVER; ,LOUIS JERNIGAN; MELVIN PONDER; EDDIE PERCOATS; TAY WOODS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF BERKELEY, RICKY DAVIS; ROGELIO MARQUINA; JOSEPH ANACOYA,<br><br>　　　　　Defendants. | NO.  C08-04896 MHP<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>DATE:　February 2, 2009<br>TIME:　 4:00 p.m.<br>CTRM:　15, 18th Floor<br>　　　　San Francisco |

IT IS HEREBY STIPULATED by and between the parties to continue the presently scheduled Initial Case Management Conference date from February 2, 2009, to a new

date and time that is convenient to the Court and the parties with the exception of February 13 through 20 as the attorneys have other conflicts during this period.   The parties understand that the following dates are available which work within the parties' respective calendars:  February 23, and March 2, 9, 16 and 23.  The parties are willing to participate in a telephone conference with the Court, as necessary, to select new dates and times.

The parties are submitting this request in the above entitled case and all other related cases.  There is good cause for the stipulation to extend time as follows:

- <u>Unavailability of Lead Trial Counsel:</u>  The primary purpose of this request is the unavailability of lead trial counsel for the plaintiffs.  In particular, plaintiffs' lead trial counsel, David M. Poore, has been scheduled for a significant discovery and status hearing in the nationwide class action entitled *Stalnaker v. Allstate Insurance Company, et. al.* Case No. 04 CV 2628 which is pending before the District Court, El Paso County, State of Colorado, located in Colorado Springs, Colorado.  Given this conflict, it would be impossible for plaintiffs' lead trial counsel to attend both hearings as plaintiffs' counsel is required to travel to Colorado Springs.  The parties stipulate and agree that this trial conflict constitutes good cause to continue this matter.

- <u>No Prior Trial Continuance Requests</u>:  The parties have not made any prior requests for a continuance of the Initial Case Management Conference in this matter.

- <u>Judicial Economy and No Prejudice:</u> The parties are not making this request for any improper purpose, including undue delay.  Instead, the parties agree that judicial economy will be served if this request is granted.  In particular, it is crucial that plaintiffs' lead trial counsel attend and participate in the Initial Case Management Conference.  Moreover, neither party would suffer any prejudice if the trial date was continued; instead, the parties have stipulated to this request.

///
///
///
///

SO STIPULATED.

Respectfully submitted:

ZACH COWAN, Acting City Attorney
SARAH REYNOSO, Acting Assistant City Attorney
MARK J. ZEMBSCH, Deputy City Attorney
KRISTY van HERICK, Deputy City Attorney

Dated:   January 26, 2009.            By:  /s/

MARK J. ZEMBSCH, Deputy City Attorney
Attorneys for City of Berkeley; Ricky Davis;
Rogelio Marquina and Joseph Ayankoya

Respectfully submitted:

KAHN BROWN & POORE LLP

Dated:   January 26, 2009.            By:  /s/

DAVID M. POORE
Attorney for Plaintiffs LaDaniel Key; Jimmy Smith;
Johnny Tolliver; Louis Jernigan; Melvin Ponder;
Eddie Percoats and Tay Woods

## **ORDER**

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' request to continue the Initial Case Management Conference is hereby GRANTED. The presently set Case Management Conference on February 2, 2009, is hereby VACATED. The parties are ordered to appear at an Initial Case Management Conference on __March 23_____, 2009, at _4:00___ a.m./p.m. to set a trial date and new deadlines.

IT IS SO ORDERED.

_____
MARILYN H. PATEL
United States District Judge

*[Signature stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California seal]*