UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADANIEL KEY; JIMMY SMITH,; JOHNNY TOLLIVER; ,LOUIS JERNIGAN; MELVIN PONDER; EDDIE PERCOATS; TAY WOODS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF BERKELEY, RICKY DAVIS; ROGELIO MARQUINA; JOSEPH ANACOYA,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS. | NO.  C08-04896 MHP<br>NO.  C08-04897 MHP<br>NO.  C08-04898 MHP<br><br>[PROPOSED] ORDER CONTINUING THE DEADLINE TO CONDUCT EARLY NEUTRAL EVALUATION |

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' request to extend the ENE deadline is hereby GRANTED. The presently set ENE deadline of April 20, 2009, is hereby VACATED. The parties are ordered to complete the ENE session no later than May 29, 2009.

IT IS SO ORDERED.

_____
United
IT IS SO ORDERED.
Judge Marilyn H. Patel