1   David M. Poore, SBN 192541
    KAHN BROWN & POORE LLP
2   30 Fifth Street, Second Floor
    Petaluma, California 94952
3   Telephone:   (707) 763-7100
    Facsimile:   (707) 763-7180
4   dpoore@kahnbrownlaw.com

5   Attorneys for Plaintiffs
    WILBERT ESSEX; LADANIEL KEY; JIMMY SMITH;
6   JOHNNY TOLLIVER, LOUIS JERNIGAN; MELVIN
    PONDER; EDDIE PUCOATS; TAY WOODS;
7   JOHN SMITH and LIONEL BRACKINS, JR.

8
    ZACH COWAN, Acting City Attorney, SBN 96372
9   SARAH REYNOSO, Acting Assistant City Attorney, SBN 120277
    SReynoso@ci.berkeley.ca.us
10  MARK J. ZEMBSCH, Deputy City Attorney, SBN 127901
    KRISTY van HERICK, Deputy City Attorney, SBN 178685
11  2180 Milvia Street, Fourth Floor
    Berkeley, CA 94704
12  TEL.:  (510) 981-6950
    FAX.:  (510) 981-6960
13
    Attorneys for Defendants
14  CITY OF BERKELEY; RICKY DAVIS;
    ROGELIO MARQUINA and JOSEPH AYANKOYA
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

| 19  LADANIEL KEY; JIMMY SMITH; | Case No.  C08-04896 MHP |
|---|---|
| JOHNNY TOLLIVER, LOUIS JERNIGAN; | Case No.  C08-04897 MHP |
| 20  MELVIN PONDER; EDDIE PERCOATS; | Case No.  C08-04898 MHP |
| TAY WOODS, | |
| 21                Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| | TO EXTEND TIME TO COMPLETE |
| 22  v. | DEPOSITION DISCOVERY AND |
| | MEDIATION/SETTLEMENT |
| 23  CITY OF BERKELEY; RICKY DAVIS; | CONFERENCE DEADLINE |
| 24  ROGELIO MARQUINA; JOSEPH | |
| ANACOYA; TOM FARRELL; and DOES 1 | |
| 25  through 50, inclusive, | Trial Date:   None set |
| 26                Defendants. | |

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE
DEPOSITION DISCOVERY

AND RELATED ACTIONS.

Plaintiffs WILBERT ESSEX; LADANIEL KEY; JIMMY SMITH; JOHNNY
TOLLIVER, LOUIS JERNIGAN; MELVIN PONDER; EDDIE PERCOATS; TAY WOODS;
JOHN SMITH and LIONEL BRAKINS, JR. ("Plaintiffs") and Defendants CITY OF
BERKELEY; RICKY DAVIS; ROGELIO MARQUINA; JOSEPH ANACOYA; ("Defendants")
(collectively "the parties") hereby stipulate and agree to extend the time for the parties to
complete deposition discovery for a period of 30 days, to and including October 30, 2009.

This Stipulation is made pursuant to Rule 6-1(b) of the United States District Court for the
Northern District of California.

There is good cause for the stipulation to extend time as follows:

• Recent Unavailability of Plaintiffs' Lead Trial Counsel: The primary purpose of
this request is due to the recent and unexpected unavailability of lead trial counsel for the
plaintiff, which has impacted the deposition discovery. In particular, plaintiff's lead trial
counsel, David M. Poore, has since May 2009 become unavailable due to the recent and
unanticipated hospitalization of his father. Specifically, on May 22, 2009, David Poore's
father was taken by ambulance to Sutter Medical Center located in Roseville, California.
He is 65 years old and has been diagnosed with Stage IV esophageal cancer. At the time
that he was transported by ambulance, he was non-responsive and not breathing. The
paramedics were able to revive him, and, it was determined in the emergency room that
he had suffered significant internal bleeding and other complications from the cancer
condition. He was transferred to a specialized intensive care unit for oncology patients,
and, as a result of the continued bleeding, was transferred to the trauma ICU for
immediate surgery. He remained at the hospital for approximately one week, and was
discharged to home with oxygen while he waited for follow-up surgery. His prognosis
was disclosed as poor, and the surgeons wanted to schedule further surgery to biopsy and
remove tumors that re-developed near the esophagus area. He required constant care and

- 2 -

1    assistance at home, and, aside from Mr. Poore's elderly stepmother, Mr. Poore was the

2    only living relative to provide assistance for him. Mr. Poore was compelled to take

3    immediate family medical leave. Mr. Poore went on family medical leave for a period of

4    approximately 30 days, and only returned to the office on a few occasions during the

5    month of June. Mr. Poore has had to take subsequent intermittent leave due to his

6    father's continued deteriorating medical condition, including as recently as within the

7    past two weeks.

8    Defendants' noticed Plaintiffs' depositions to begin in late July and August. However,

9    due to Mr. Poore's unavailability, most of the Plaintiffs' depositions were rescheduled to

10   September and early October. The parties stipulate and agree that this trial conflict

11   constitutes good cause to continue this matter. Mr. Poore has brought in another attorney,

12   Doug Watts, to assist him on his cases during this difficult period of time. As a result,

13   Mr. Poore has been unable to prepare for and take the final depositions that were

14   scheduled (or needed to be scheduled). The parties stipulate and agree that the

15   unavailability of plaintiff's lead trial counsel constitutes good cause to continue this

16   matter.

17          •     Current Deposition Schedule:

18   These three cases, which have been consolidated for all purposes, including trial and

19   discovery, involve ten plaintiffs – all former and/or current employees of the City of

20   Berkeley. Defendants' have completed the depositions of three of the plaintiffs (Melvin

21   Ponder, Tay Woods and Eddie Percoats), and a fourth plaintiff's (Jimmy Smith)

22   deposition was begun but not completed due to Plaintiffs' counsel's late arrival. The

23   parties have stipulated to make Plaintiff Jimmy Smith available to complete his

24   deposition. .

25          The depositions of the individual defendants and defendant City of Berkeley's

26   30(b)(6) depositions have yet to be scheduled due to the unavailability of plaintiffs' lead

27   trial counsel in this matter. The parties have currently agreed upon the following schedule

28   for the depositions of the remaining plaintiffs.

- 3 -

STIPULATION AND PROPOSED ORDER TO CONTINUE DEPOSITION
DISCOVERY CUTOFF AND MEDIATION DEADLINE

1    Plaintiff LaDaniel Key – 9/21/09, 9:30 a.m.;

2    Plaintiff John Tolliver – 9/23/09, 9:30 a.m.;

3    Plaintiff Wilbert Essex – 9/29/09, 9:30 a.m.;

4    Plaintiff Louis Jernigan – 9/24/09 9:30 a.m.;

5    Plaintiff John Smith - 10/5/09, 9:30 a.m.;

6    Plaintiff Lionel Brackins 10/7/09 and 10/8/09, 10:00 a.m.

7

8    •    <u>There is not a current Trial date scheduled.</u>

9    There is further good cause to grant this stipulated request to continue the deadline to

10   complete deposition discovery on the grounds that there is not currently a trial date set, or

11   any other discovery deadlines at this time.  The only currently set deadline is a deadline

12   for a mediation/settlement conference before Magistrate Judge Chen by  October 30,

13   2009.  The parties need to complete their respective depositions prior to the

14   mediation/settlement conference. .  Therefore, the parties respectfully request the

15   mediation/settlement conference deadline of October 30, 2009 be extended for a period of

16   30 days as well, or to November 30, 2009.

17   The parties have not made any prior requests for a continuance in this matter.

18   The parties are not making this request for any improper purpose, including undue delay.

19   Instead, the parties agree that judicial economy will be served if this request is granted.  In

20   particular, allowing additional time will limit unnecessary motion practice for discovery disputes

21   that can be informally resolved through the meet and confer process; provide the parties with

22   additional time to carefully prepare the case for trial and reach necessary stipulations regarding

23   documents and potentially expected testimony.  Moreover, neither party would suffer any

24   prejudice if the fact discovery cutoff was continued and expert designation extended; instead, the

25   parties have stipulated to this request.

26   SO STIPULATED.

27

28
                                         - 4 -

STIPULATION AND PROPOSED ORDER TO CONTINUE DEPOSITION
DISCOVERY CUTOFF AND MEDIATION DEADLINE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZACH COWAN, Acting City Attorney
SARAH REYNOSO, Acting Assistant City
Attorney
MARK J. ZEMBSCH, Deputy City Attorney
KRISTY van HERICK, Deputy City Attorney


Dated:    September 9, 2009          By:  _Sarah Reynoso_____

SARAH REYNOSO, Acting Assistant City
Attorney
Attorneys for City of Berkeley; Ricky Davis;
Rogelio Marquina and Joseph Ayankoya


Respectfully submitted:

KAHN BROWN & POORE LLP

Dated:    September 17, 2009         By: _____
David M. Poore, Esq.

- 5 -

STIPULATION AND PROPOSED ORDER TO CONTINUE DEPOSITION
DISCOVERY CUTOFF AND MEDIATION DEADLINE

1

## ~~PROPOSED ORDER~~

2

3      THE COURT HEREBY ORDERS AS FOLLOWS:

4      The parties' request to extend fact discovery is GRANTED.  The new deadline to

5  complete all deposition discovery is October 30, 2009.

6      The parties request to continue the mediation deadline deadline, to coincide with the new

7  deposition discovery deadline and, is GRANTED.  The new deadline to complete mediation in

8  this matter is November 30, 2009.

9      SO ORDERED.

10

11

12  DATED:      9/23/2009



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-